The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEW MEXICO, and STATE OF WASHINGTON, *ex rel.* JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DAIYA HEALTHCARE, PLLC; and BHUPINDER WALIA, M.D.,<br><br>Defendants. | CASE NO.  22-CV-565-TSZ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States of America has filed an *Ex Parte* Application on behalf of itself and the States of Washington, Hawaii, New Mexico, and California (collectively, the "Governmental Entities") for an order partially lifting the seal in this case so that the Governmental Entities may, at their discretion, (1) inform the Defendants and any necessary party of the existence of this *qui tam* action, and (2) provide Defendants and any necessary party with a copy of the Complaint, any future amended complaints, and this Order.  The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and might expedite the Governmental Entities' investigation and possible resolution of this matter.

ORDER - 1
22-CV-565-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THEREFORE, IT IS HEREBY ORDERED that the Governmental Entities' *Ex Parte* Application for a Partial Lifting of Seal, docket no. 13, is GRANTED, such that the Governmental Entities, at their discretion, may disclose the existence of this *qui tam* action and provide a copy of the Complaint, any future amended complaints, and this Order to Defendants and any other necessary party. The Clerk shall otherwise maintain the Complaint and all other filings in this action under seal for the duration of the Governmental Entities' investigation or until otherwise ordered by the Court.

DATED this 2nd day of August, 2022.

*signature*

Thomas S. Zilly
United States District Judge

Presented By:

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

ORDER - 2
22-CV-565-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970