The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEW MEXICO, and STATE OF WASHINGTON, *ex rel.* JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DAIYA HEALTHCARE, PLLC and BHUPINDER WALIA, M.D.,<br><br>Defendants. | CASE NO. 22-CV-565-TSZ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States of America and the States of California, New Mexico, Hawaii, and Washington (collectively, the "Governmental Entities") have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, seeking a six-month extension of time, from June 15, 2023, to December 15, 2023, to notify the Court whether they intend to intervene in this *qui tam* action. Such an extension of time is expressly contemplated by the False Claims Act and the various State analogues, which provide that the Governmental Entities "may, for good cause shown"

ORDER - 1
22-CV-565-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

move the Court for extensions of time. 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

Accordingly, the Governmental Entities' **third** motion for extension, docket no. 25, is GRANTED, and the Governmental Entities shall have until December 15, 2023, to notify the Court of their decision to intervene in this qui tam action. The Governmental Entities are hereby ADVISED that the Court will be very reluctant to grant any further extension requests. The Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

DATED this 21st day of June, 2023.

Thomas S. Zilly
United States District Judge

Presented By:

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*s/ Matthew Kuehn*
MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

ORDER - 2
22-CV-565-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970