The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, STATE OF
CALIFORNIA, STATE OF HAWAII, STATE
OF NEW MEXICO, and STATE OF
WASHINGTON, *ex rel.* JOHN DOE,

                Plaintiffs,

                v.

DAIYA HEALTHCARE, PLLC and
BHUPINDER WALIA, M.D.,

                Defendants.

CASE NO.  22-CV-565-TSZ

**FILED UNDER SEAL**

ORDER

The United States of America and the States of California, New Mexico, Hawaii, and Washington (collectively, the "Governmental Entities") have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, seeking a six-month extension of time, from December 15, 2023, to June 15, 2024, to notify the Court whether they intend to intervene in this *qui tam* action. Such an extension of time is expressly contemplated by the False Claims Act and the various State analogues, which provide that the Governmental Entities "may, for good cause shown"

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  move the Court for extensions of time. *E.g.*, 31 U.S.C. § 3730(b)(3). The Court finds that the *ex*

2  *parte* Application establishes good cause.

3       Accordingly, the Governmental Entities' **fourth** motion for extension, docket no. 27, is

4  GRANTED, and the Governmental Entities shall have until June 15, 2024, to notify the Court of

5  their decision to intervene in this qui tam action. The Governmental Entities are again ADVISED

6  that the Court will be very reluctant to grant any further extension requests. The Clerk shall maintain

7  the Complaint and other filings under seal for the duration of the investigation.

8       DATED this 20th day of December, 2023.

9

10                                                 Thomas S. Zilly

11                                                 United States District Judge

12  Presented By:

13  *s/ Matt Waldrop*

14  MATT WALDROP, Georgia Bar #349571
    Assistant United States Attorney

15  United States Attorney's Office
    700 Stewart Street, Suite 5220

16  Seattle, Washington 98101-1271
    Phone:  206-553-7970

17  Fax:  206-553-4067
    Email:  james.waldrop@usdoj.gov

18

19  *s/ Matthew Kuehn*
    MATTHEW KUEHN, WSBA #30419

20  Assistant Attorney General
    Office of the Attorney General of Washington State

21  Medicaid Fraud Control Division
    P.O. Box 40114

22  Olympia, WA 98504-0124
    Phone: 360-586-8888

23  E-mail: matthew.kuehn@atg.wa.gov

ORDER - 2
22-CV-565-TSZ
FILED UNDER SEAL