UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEW MEXICO, and STATE OF WASHINGTON, *ex rel.* JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DAIYA HEALTHCARE, PLLC and BHUPINDER WALIA, M.D.,<br><br>Defendants. | CASE NO.  22-CV-565-TSZ<br><br>**FILED UNDER SEAL**<br><br>ORDER |

The United States of America and the States of California, New Mexico, Hawaii, and Washington (collectively, the "Governmental Entities") have filed an *ex parte* Application for an Extension of Time to Consider Election to Intervene, seeking a three-month extension of time, from June 15, 2024, to September 16, 2024, to notify the Court whether they intend to intervene in this *qui tam* action. Such an extension of time is expressly contemplated by the False Claims Act and the various State analogues, which provide that the Governmental Entities "may, for good cause shown" move the Court for extensions of time. *E.g.*, 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

ORDER - 1
22-CV-565-TSZ
FILED UNDER SEAL

Accordingly, the Governmental Entities' **fifth** motion for extension, docket no. 29, is GRANTED, and the Governmental Entities shall have until September 16, 2024, to notify the Court of their decision to intervene in this qui tam action. The Governmental Entities are again ADVISED that the Court will be very reluctant to grant any further extension requests. The Clerk shall maintain the Complaint and other filings under seal for the duration of the investigation.

DATED this 24th day of June, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 2
22-CV-565-TSZ
FILED UNDER SEAL