The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEW MEXICO, and STATE OF WASHINGTON, *ex rel.* JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>DAIYA HEALTHCARE, PLLC and BHUPINDER WALIA, M.D.,<br><br>Defendants. | CASE NO. 22-CV-565-TSZ<br><br>**FILED UNDER SEAL**<br><br>Noted for Consideration on:<br>September 16, 2024 |

## GOVERNMENTAL ENTITIES' *EX PARTE* NOTICE OF DECLINATION AND APPLICATION FOR AN UNSEALING OF RELATOR'S COMPLAINT

The United States of America and the States of Washington, New Mexico, Hawaii, and California (collectively, the "Governmental Entities"); Defendant Daiya Healthcare, PLLC; Defendant Bhupinder Walia, M.D.; and the Relator have concluded a final settlement[1] to resolve the

---

[1] The States of California and Hawai'i are in the process of obtaining final signatures from their respective Attorneys General. Those will be obtained no later than September 25th, 2024.

*EX PARTE* NOTICE OF DECLINATION AND APPLICATION FOR UNSEAL - 1
22-CV-565-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 claims brought on behalf of the Governmental Entities in this action and the other pending *qui tam*
2 matter involving overlapping parties and claims. Pursuant to the False Claims Act, the Governmental
3 Entities hereby notify the Court of their decision to decline this matter and respectfully apply to the
4 Court *ex parte* for an Order lifting the seal.

5       Under the terms of the Settlement Agreement among the parties, following Defendants'
6 payment to the Governmental Entities pursuant to the terms and conditions set forth in the
7 Settlement Agreement, the Governmental Entities and the Relator will file a Joint Stipulation of
8 Dismissal with respect to all claims brought on behalf of the Governmental Entities.

9       Accordingly, in anticipation of filing of a Stipulation of Dismissal, the Governmental Entities
10 request that this Court enter an Order, in the form herewith provided, which lifts the seal on the
11 Relator's Complaint, this Notice and Application, and all other filings.

12       A proposed order accompanies this Notice and Application.

13 //
14 //

*EX PARTE* NOTICE OF DECLINATION AND APPLICATION FOR
UNSEAL - 2
22-CV-565-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 16th day of September, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*/s/ Matt Waldrop*

MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*Attorneys for the United States of America*

ROBERT W. FERGUSON
Attorney General of Washington State

Matt Waldrop GA 349571
POC

MATTHEW KUEHN, WSBA #30419
Assistant Attorney General
Office of the Attorney General of Washington State
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504-0124
Phone: 360-586-8888
E-mail: matthew.kuehn@atg.wa.gov

*Attorneys for the Plaintiff States*

I certify that this memorandum contains 227 words, in compliance with the Local Civil Rules.

*EX PARTE* NOTICE OF DECLINATION AND APPLICATION FOR
UNSEAL - 3
22-CV-565-TSZ
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970