1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, STATE OF
CALIFORNIA, STATE OF HAWAII, STATE
OF NEW MEXICO, and STATE OF
WASHINGTON, *ex rel.* JOHN DOE,

                    Plaintiffs,

        v.

DAIYA HEALTHCARE, PLLC and
BHUPINDER WALIA, M.D.,

                    Defendants.

CASE NO.  22-CV-565-TSZ

ORDER

The United States of America and the States of California, New Mexico, Hawaii, and

Washington (collectively, the "Governmental Entities") pursuant to the False Claims Act, having

declined to intervene in this matter, and having requested that the Court lift the seal in this case; it is

hereby:

        ORDERED that the seal shall be lifted on all filings in this matter; and it is further

        ORDERED that, within sixty (60) days of the date of this Order, the parties shall file a

stipulation of dismissal or a joint status report indicating why such stipulation cannot be filed; and it

is further

ORDER - 1
22-CV-565-TSZ

1     ORDERED that the Clerk of the Court shall provide a copy of this Order to all counsel of

2 record.

3     DATED this 18th day of September, 2024.

4

5

6                          Thomas S. Zilly
United States District Judge

7 Presented By:

8

9 *s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney

10 United States Attorney's Office
700 Stewart Street, Suite 5220

11 Seattle, Washington 98101-1271
Phone:  206-553-7970

12 Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov

13

14

15 *s/ Matthew Kuehn*
MATTHEW KUEHN, WSBA #30419

16 Assistant Attorney General
Office of the Attorney General of Washington State

17 Medicaid Fraud Control Division
P.O. Box 40114

18 Olympia, WA 98504-0124
Phone: 360-586-8888

19 E-mail: matthew.kuehn@atg.wa.gov

20

21

22

23

ORDER - 2
22-CV-565-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970