UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF HAWAII, STATE OF NEW MEXICO, and STATE OF WASHINGTON, *ex rel.* JESSICA SCOTT,[1]<br><br>Plaintiffs,<br><br>v.<br><br>DAIYA HEALTHCARE, PLLC; and BHUPINDER WALIA, M.D.,<br><br>Defendants. | C22-0565 TSZ<br><br>ORDER |

The motion to dismiss, docket no. 34, brought by plaintiffs United States of America, State of California, State of Hawaii, State of New Mexico, and State of Washington (collectively, "Governmental Entities") and relator Jessica Scott, is GRANTED, and it is hereby ORDERED as follows:

1. As required by 31 U.S.C. § 3730(b)(1), the Attorney General of the United States, through counsel of record Assistant United States Attorney Matt Waldrop, is deemed to have

---

[1] Relator Jessica Scott is hereby SUBSTITUTED for the pseudonym John Doe.

ORDER - 1
22-CV-565-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

consented to the dismissal of this matter, and having reviewed the Settlement Agreement among all parties to this case and the related matter, W.D. Wash. Case No. C20-1525, the Court also consents to the dismissal;

2. All of the claims against defendants Daiya Healthcare, PLLC and Bhupinder Walia, M.D. set forth in the Complaint are DISMISSED with prejudice to relator Jessica Scott, and with prejudice to the Governmental Entities to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement executed by the parties as of October 28, 2024, docket no. 27-1 in C20-1525, but otherwise without prejudice to the Governmental Entities; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

DATED this 3rd day of January, 2025.

Thomas S. Zilly
United States District Judge

ORDER - 2
22-CV-565-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970